CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC., )
)
)
)
       Plaintiff )   Civil Action No. __16-863 RJL_____
vs )
)
U.S. DEPARTMENT OF HOMELAND )
SECURITY, )
)
       Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Judicial Watch, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc._____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                         Attorney of Record

_____
Signature

__1028811_____      LAUREN M. BURKE
BAR IDENTIFICATION NO.      Print Name

                         425 Third Street, SW, Ste. 800
                         Address

                         Washington,   DC   20024
                         City          State     Zip Code

                         202-646-5194
                         Phone Number