**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 16-cv-00863(RJL) |

**DEFENDANT'S PARTIAL MOTION TO DISMISS
PLAINTIFF'S "POLICY AND PRACTICE" CLAIM**

Defendant United States Department of Homeland Security ("DHS"), by undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and LCvR 7(a), respectfully moves to dismiss Count II of Plaintiff's Complaint alleging a DHS "policy and practice" claim, for failure to state a claim upon which relief can be granted. A memorandum of points and authorities in support of this Motion and a proposed order accompany this Motion.

Dated: June 13, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kenneth E. Sealls
KENNETH E. SEALLS, D.C. Bar #400633
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 6136
Washington, D.C. 20530
(202) 305-1953 (telephone)
(202) 616-8460 (facsimile)

Kenneth.Sealls@usdoj.gov

Counsel for Defendant